UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBIN NOLAN,

    Plaintiff,

v.

Case No. 3:23-cv-1205-TJC-LLL

ST. JOHNS COUNTY SCHOOL BOARD,

    Defendant.

## **O R D E R**

**THIS CASE** is before the Court on Defendant School Board of St. Johns County's Motion to Dismiss Amended Complaint, Doc. 21. For the reasons described, the motion is denied.

Plaintiff is a teacher who complains she was improperly treated by the principal at her former school. Doc. 16. Plaintiff has made four claims under Title VII and the Florida Civil Rights Act. These are: Count I for Race Discrimination, Count II for Hostile Work Environment ("HWE"), Count III for Gender Discrimination, and Count IV for Retaliation.

Defendant argues the HWE claim fails because Plaintiff has not sufficiently alleged acts that are severe or pervasive. The Court disagrees. The amended complaint describes multiple incidents between Plaintiff and the school principal occurring over a number of years. Plaintiff has given multiple

specific examples, indicated the problems were frequent, and alleged incidents in the presence of others she considered to be embarrassing and humiliating. Doc. 16 at 3-11.

Defendant argues that multiple claims fail because Plaintiff has not adequately alleged an adverse employment action. In April 2024, several months after the briefing for this motion was done, the Supreme Court issued its decision in Muldrow v. City of St. Louis, holding that the plaintiff sufficiently alleged an adverse employment action because of changes in her responsibilities, perks and schedule, even though her rank and pay remained the same. 601 U.S. 346, 350-351 (2024). The Supreme Court recognized that retaliation claims do require the retaliatory action be "materially adverse." Id. at 357 (2024). The Amended Complaint lists eighteen things as "Alleged Retaliation and Adverse Action," including a threat to revoke Plaintiff's teaching certificate, actions that caused her evaluation score to decrease, a schedule change, and refusing to hire Plaintiff for summer school. Doc. 21 at 3-4. Plaintiff has sufficiently alleged she suffered an adverse employment action for her retaliation claims.

Defendant's other arguments also fail. Plaintiff has alleged others, outside the protected category, were treated differently, and has alleged circumstances which, when treated as true, could meet the standard of a convincing mosaic of discrimination.

Accordingly, it is hereby

**ORDERED:**

Defendant School Board of St. Johns County's Motion to Dismiss Amended Complaint, Doc. 21, is **DENIED**. No later than September 24, 2024, Defendant will answer the Amended Complaint.

**DONE AND ORDERED** in Jacksonville, Florida the 3rd day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record

3